**DENTONS**

Kristen B. Weil

kristen.weil@dentons.com

D   +1 212-632-8338

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> The Court is in receipt of the parties' joint Letter-Motion requesting an alteration to the briefing schedule for Defendants' recently filed Motion to Dismiss.  (ECF No. 30 (the "Letter-Motion")).  The Letter-Motion is GRANTED, and the briefing schedule set forth therein is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 30.
>
> SO ORDERED.     4/17/2025
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

April 16, 2025

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re:   *Valent Biosciences LLC v. Maersk A/S, et al.*, No. 25-cv-1679-DEH-SLC -- Request for Extension of Time

Dear Judge Cave:

We represent Plaintiff Valent Biosciences LLC in the above-referenced matter.

We write to respectfully request an extension of time for Plaintiff to file its opposition to Defendants Maersk A/S, Maersk Agency U.S.A., Inc., and Maersk Logistics & Services USA Inc.'s Motion to Dismiss, filed April 14, 2025 [ECF Nos. 26-28], and to order a briefing schedule thereon, consistent with the parties' agreement set forth below.

Pursuant to Your Honor's Individual Practices in Civil Cases Section I(D), Plaintiff states as follows:

(1)   The original deadline for Plaintiff to file its opposition to Defendants' Motion to Dismiss is April 28, 2025, and the new date requested is May 14, 2025.

(2)   The original deadline for Defendants to file their reply is May 5, 2025, and the new date requested is May 28, 2025.

(3)   Plaintiff has not made any prior requests for extension.

(4)   The reason for the present request is to allow Plaintiff sufficient time to oppose Defendants' motion, which raises multiple legal arguments.

(5)   Counsel for Defendants have consented to the instant request.  As set forth in prior extension requests [ECF Nos. 18, 24], Plaintiff consented to Defendants' request to extend their deadline to respond to the Complaint, and further agreed that if Defendants file a motion to dismiss, the parties will jointly request approval for a briefing schedule that allows Plaintiff to file its opposition 30 days after any such submission and allows Defendants to file their reply within 14 days thereafter.

**Puyat Jacinto & Santos ▶ Link Legal ▶ Zaanouni Law Firm & Associates ▶ LuatViet ▶** For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\130032938\V-2

Hon. Sarah L. Cave
**April 16, 2025**
Page 2

dentons.com

Accordingly, the parties request that the Court extend Plaintiff's deadline to file its opposition to Defendants' Motion to Dismiss to May 14, 2025, and extend Defendants' deadline to file their reply to May 28, 2025.

Respectfully submitted,

/s/ Kristen B. Weil
Kristen B. Weil

US_ACTIVE\130032938\V-2