UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENT BIOSCIENCES LLC,

                     Plaintiff,

-v-

                     CIVIL ACTION NO. 25 Civ. 1679 (DEH) (SLC)

MAERSK A/S, et al.,

                     **ORDER**

                     Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    Due to a change in the Court's calendar, the telephonic conference scheduled for **Monday, November 3, 2025 at 10:00 a.m. ET** is RESCHEDULED to **2:00 p.m. EST** on the same day. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:    New York, New York
            September 29, 2025

                                          SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**