UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENT BIOSCIENCES LLC,

                        Plaintiff,

-v-

                        CIVIL ACTION NO. 25 Civ. 1679 (DEH) (SLC)

MAERSK A/S, et al.,

                        **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, November 3, 2025 (the "Conference"), the Court orders as follows:

1. By **Monday, November 17, 2025**, the parties shall submit a joint letter on the status of the search term issue discussed at the Conference.

2. A telephonic conference is scheduled for **Tuesday, December 16, 2025 at 11:30 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

3. By, **Thursday, November 6, 2025**, the parties are directed to request a copy of the transcript of the Conference using the annexed form.

Dated: New York, New York
November 3, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |