UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENT BIOSCIENCES LLC,<br><br>                    Plaintiff,<br><br>  -v-<br><br>MAERSK A/S, <u>et</u> <u>al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 1679 (DEH) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, January 14, 2026, a telephonic conference is scheduled for **Monday, February 9, 2026 at 11:00 a.m. ET** on the Court's conference line (the "Conference").  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  By **Thursday, February 5, 2026**, the parties shall file a joint letter, not to exceed 1,000 words, identifying any discovery issues ripe for the Court's attention at that time.  At the Conference, the parties shall be prepared to discuss whether they want to schedule a settlement conference, and if so, the parties' availability and the format for a settlement conference.

Dated:      New York, New York
            January 14, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**