UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENT BIOSCIENCES LLC,<br><br>                    Plaintiff,<br><br>    -v-<br><br><br>MAERSK A/S, <u>et</u> <u>al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 1679 (DEH) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic conference held today, February 9, 2026, the parties are ORDERED to submit a joint status letter by **Friday, March 6, 2026** informing the Court of the status of discovery and whether the parties still wish to participate in a settlement conference before the undersigned.

Dated:       New York, New York
             February 9, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**