UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENT BIOSCIENCES LLC,

                              Plaintiff,

    -v-

                                                    CIVIL ACTION NO. 25 Civ. 1679 (DEH) (SLC)

MAERSK A/S, et al.,                                              **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is aware that the parties have reached a settlement in principle in this matter.

Accordingly, the settlement conference scheduled for March 27, 2026, and all pending deadlines,

are ADJOURNED sine die.  By **Monday, April 27, 2026**, the parties shall file a stipulation of

dismissal with prejudice for the attention of the Honorable Dale E. Ho.

Dated:      New York, New York
            March 26, 2026

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**