

**James D. Gilson**
Shareholder

james.gilson@dentons.com
O 1+ (801) 415-3000

Dentons Durham Jones Pinegar P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
United States

dentons.com

May 13, 2026

> The parties' request at Dkt. No. 76 is GRANTED and the deadline to file the stipulation of dismissal is EXTENDED to **Monday, June 8, 2026**.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 76.
>
> SO ORDERED   5/14/26
>
> SARAH L. CAVE
> United States Magistrate Judge

Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007-1312

Re: Valent Biosciences LLC v. Maersk A/S, et al., No. 25-cv-1679-DEH-SLC – Joint Request for Extension of Time to file Stipulation of Dismissal

Dear Judge Cave:

We are counsel for Plaintiff Valent Biosciences LLC in the above-referenced matter. We write jointly with counsel for Defendants Maersk A/S, Maersk Agency U.S.A., Inc., and Maersk Logistics & Services USA Inc. ("Maersk") to respectfully request that the Court extend the May 18 2026 deadline an additional three weeks, to June 8, for the parties to file the stipulation of dismissal in this matter pursuant to the Court's April 20 Order (Dkt. 74).

The reason for this second requested extension is that the parties need additional time to finalize the specifics of their settlement agreement, which include some complicated business terms.

Accordingly, the parties request that the Court extend the deadline to file their stipulation of dismissal to July 13, 2025.

Respectfully submitted,

DENTONS DURHAM JONES PINEGAR P.C.

James D. Gilson

cc:  All counsel of record

Dentons is an international legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.
SL_8923869.1